# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Sean Lester Kazi, | Case No.: 2:22-cv-01294-JAD-EJY |
| Plaintiffs | |
| v. | **Order Denying Plaintiff's Motion to Seal and Referring Amended Complaint to Magistrate Judge for Screening** |
| Playboy Enterprises International, Inc., | |
| Defendants | [ECF Nos. 5, 8] |

Pro se plaintiff Sean Lester Kazi sues Playboy Enterprises International, Inc., claiming that he suffered "psychological stress" because Playboy magazines target and morally corrupt young men like him.[1]  I previously adopted the magistrate judge's recommendation to dismiss Kazi's complaint because he did not state a basis for federal jurisdiction or any colorable claim for relief.[2]  I also granted him leave to amend his complaint to cure the deficiencies identified in the magistrate judge's amended report and recommendation, and I denied his motion to seal his case.[3]

On September 12, 2022, Kazi filed a second motion to seal his case.[4]  He appears to contend that, because his case will involve discussions of the "physical characteristics" of models portrayed in Playboy magazines, those models may be at "risk from the attention of this case" if it is not sealed.[5]  Kazi's motion to seal suffers from the same deficiencies as his previous

---

[1] *See* ECF No. 1-2 (original complaint); ECF No. 8 (amended complaint).

[2] ECF No. 4.

[3] *Id.*

[4] ECF No. 5.

[5] *Id.* at ¶ 2.  Kazi requests a "court hearing to present evidence in support" of his motion to seal. *Id.* at ¶ 3.  I find this matter appropriate for disposition without oral argument or an evidentiary hearing.  L.R. 78-1.

one.  Nothing in the original complaint or in his amended complaint "identifies the name of any minor or presents a legitimate basis for the court to seal this matter."[6]  The possibility that publicly available magazine articles and photographs may be discussed in this action does not provide any basis to seal the contents of this case.  So I deny Kazi's motion to seal.

On September 28, 2022, Kazi filed an amended complaint.[7]  I am not satisfied that Kazi adequately cured the deficiencies in his original complaint, so I refer his amended complaint to the magistrate judge for screening.

## Conclusion

IT IS THEREFORE ORDERED that Kazi's motion to seal this case **[ECF No. 5] is DENIED.**

IT IS FURTHER ORDERED that Kazi's amended complaint **[ECF No. 8] is REFERRED to the magistrate judge for screening** under 28 U.S.C. § 1915.

_____
U.S. District Judge Jennifer A. Dorsey
September 28, 2022

---

[6] ECF No. 4 at 2.

[7] ECF No. 8.

2